NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268 / Fax: 702.388.6418
jessica.oliva@usdoj.gov
*Attorneys for the United States*

```
         FILED            RECEIVED
         ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

              SEP 0 3 2019

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NHUT HONG NGUYEN,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:19-cr-225<br><br>**VIOLATION**<br>Felon in Possession of a Firearm<br>(18 U.S.C. §§ 922(g)(1), 924(a)(2))<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Felon in Possession of a Firearm*
**(18 U.S.C. §§ 922(g)(1), 924(a)(2))**

On or about May 7, 2019, in the District of Nevada,

**NHUT HONG NGUYEN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Attempted Possession of a Firearm by an Ex-Felon, in the Eighth Judicial District Court, Clark County, on or about March 3, 2016, in Case No. C-14-301993;

2. Possession of a Stolen Vehicle, in the Eighth Judicial District Court, Clark County, on or about December 15, 2010, in Case No. C-10-269181;

3. Grand Larceny Automobile, in the Eighth Judicial District Court, Clark County, on or about November 8, 2010, in Case No. C-10-265824;

4. Grand Larceny Automobile, in the Eighth Judicial District Court, Clark County, on or about January 23, 2008, in Case No. C-07-238251; and

5. Stop Required on Signal of Peace Officer, in the Eighth Judicial District Court, Clark County, on or about October 13, 2004, in Case No. C-04-204179;

knowingly possessed a firearm, to wit: a Smith and Wesson M&P 40 pistol bearing a partial serial number DVH2; and that firearm was in and affecting interstate commerce; all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

*Felon in Possession of a Firearm*

1. The allegations of Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

**NHUT HONG NGUYEN,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1):

1. a Smith and Wesson M&P 40 pistol bearing a partial serial number DVH2;

      2.      10 .40 caliber cartridges of ammunition; and

      3.      any and all ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

DATED this 3rd day of September, 2019.

**A TRUE BILL:**

                      /S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

*[signature]*
JESSICA OLIVA
Assistant United States Attorney