# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-225-JCM-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| NHUT HONG NGUYEN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Nhut Hong Nguyen to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Nhut Hong Nguyen pled guilty. Criminal Indictment, ECF No. 6; Memorandum in Support of Plea, ECF No. 46; Change of Plea, ECF No. 47; Preliminary Order of Forfeiture, ECF No. 49.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 15, 2021, through August 13, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 53-1, p. 5.

This Court finds the United States notified known third parties by personal service of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 50.

On August 2, 2021, the United States Marshals Service personally served Austin Coleman in zip code 89031-4510 with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50, p. 1-7.

On August 2, 2021, the United States Marshals Service personally served Dung Nguyen in zip code 89147-6142 with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50, p. 8-14.

On August 2, 2021, the United States Marshals Service attempted to personally serve Austin Coleman in zip code 89081-8114 with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 51, p. 1-7.

On August 2, 2021, the United States Marshals Service attempted to personally serve Dung Nguyen in zip code 89115-1276 with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 51, p. 8-14.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Smith and Wesson M&P 40 pistol bearing a partial serial number DVH2;
2. 10 .40 caliber cartridges of ammunition; and
3. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED March 1, 2022

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE