RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Nhut Hong Nguyen

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00225-JCM-EJY |
| Plaintiff, | **MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |
| v. | |
| NHUT HONG NGUYEN, | |
| Defendant. | |

Undersigned counsel is filing a Sentencing Memorandum. Counsel believes this exhibit contains information that will assist the Court in evaluating the Sentencing Memorandum. Because this exhibit contains sensitive psychiatric information, it should be filed under seal and remain under seal. Undersigned counsel will serve the sealed exhibit on the government via electronic mail.

## CONCLUSION

For the foregoing reasons, undersigned counsel respectfully requests leave to file under seal Mr. Nguyen's exhibit to Sentencing Memorandum, and requests that the Court maintain it under seal.

DATED this 18th of March, 2022.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Joanne L. Diamond*

JOANNE L. DIAMOND
Assistant Federal Public Defender
Attorney for Nhut Hong Nguyen

**IT IS SO ORDERED.**

**U.S. MAGISTRATE JUDGE**

**Dated: March 18, 2022**

2